Case 2:20-cv-06183-DOC Document 4 Filed 07/10/20 Page 1 of 4 Page ID #:123



**FILED**
CLERK, U.S. DISTRICT COURT

7/10/20

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CP___ DEPUTY

**ZOLKIN TALERICO LLP**
David B. Zolkin, State Bar No. 155410
*dzolkin@ztlegal.com*
Derrick Talerico, State Bar No. 223763
*dtalerico@ztlegal.com*
12121 Wilshire Blvd., Suite 1120
Los Angeles, California 90025
Telephone:     424 500-8552

Attorneys for Appellants Jona Rechnitz
and Rachel Rechnitz

**SMILEY WANG-EKVALL, LLP**
Robert S. Marticello, State Bar No. 244256
*rmarticello@swelawfirm.com*
Michael L. Simon, State Bar No. 300822
*msimon@swelawfirm.com*
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:     714 445-1000
Facsimile:     714 445-1002

Attorneys for Jadelle Jewelry and Diamonds, LLC

CV20-6183 DOC

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## FOR THE NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| In re<br><br>JADELLE JEWELRY AND DIAMONDS, LLC,<br><br>                    Debtor. | BAP Case No. CC-20-1153<br><br>USBC Case No. 2:20-bk-13530-BR<br><br>Chapter 7<br><br>**DECLARATION OF ROBERT S. MARTICELLO IN SUPPORT OF JOINT EMERGENCY MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 FOR A STAY PENDING APPEAL** |

I, Robert S. Marticello, declare as follows:

     1.    I am a partner with Smiley Wang-Ekvall, LLP (the "Firm"), bankruptcy counsel for Jadelle Jewelry and Diamonds, LLC ("Jadelle"), in the above-captioned case. I know each of the

2822207.1      DECLARATION

following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the *Emergency Motion Pursuant to Federal Rule of Bankruptcy Procedure 8007 for a Stay Pending Appeal* (the "Motion"). All capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

2. On June 16, 2020, the Court entered the *Order for Relief and Order to File Schedules, Statements and List(s)* [Docket No. 55].

3. Attached to the concurrently-filed Appendix of Exhibits as Exhibit "11" is a true and correct copy of the *Transcript of June 9, 2020: Status Conference re Involuntary Petition; Hearing Re: Motion of Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs, and Damages; and Hearing Re: Creditors' Motion for Appointment of Interim Chapter 7 Trustee* that I caused my firm to obtain from Ben Hyatt Certified Deposition Reporters.

4. Attached to the concurrently-filed Appendix of Exhibits as Exhibit "14" is a true and correct copy of an email I received from Mr. Ronald Richards on June 11, 2020, and the attachments to that email.

5. Attached to the concurrently-filed Appendix of Exhibits as Exhibit "21" is a true and correct copy of a letter I received from Mr. Sam Leslie, the chapter 7 trustee, on June 18, 2020.

///
///
///
///
///
///
///
///

6. In response to Mr. Leslie's requests, and with my firm's assistance, the Debtor has been producing corporate documents to Mr. Leslie's counsel on a rolling basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 9, 2020

By:    */s/ Robert S. Marticello*
      Robert S. Marticello
      Attorneys for Debtor, Jadelle Jewelry and Diamonds, LLC.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2822207.1    3    DECLARATION

United States Bakruptcy Appellate Panel for the Ninth Circuit Case Number(s): CC-20-1153

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Appellate Panel for the Ninth Circuit by using the appellate CM/ECF system on (date) _____ .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

DECLARATION OF ROBERT S. MARTICELLO IN SUPPORT OF JOINT EMERGENCY MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 FOR A STAY PENDING APPEAL

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Appellate Panel for the Ninth Circuit by using the appellate CM/ECF system on (date) 07/09/2020 .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | | |
|---|---|---|
| Carolyn A. Dye, Esq.<br>Law Office of Carolyn A. Dye<br>3435 Wilshire Blvd<br>Suite 990<br>Los Angeles, CA 90010 | Sam S. Leslie<br>Suite #990<br>3435 Wilshire Blvd.<br>Los Angeles, CA 90010 | Jona and Rachel Rechnitz<br>9533 Sawyer Street<br>Los Angeles, CA 90035 |

Signature (use "s/" format): /s/ Lynnette Garrett